# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00821-CV

**In re Gregory Walberg and Evelyn Walberg**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: March 29, 2024